1  MARTIN J. BRILL (SBN 53220)
   TODD M. ARNOLD (SBN 221868)
2  LEVENE, NEALE, BENDER, RANKIN
     & BRILL L.L.P.
3  10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone:  (310) 229-1234
5  Facsimile:  (310) 229-1244
   Email:  mjb@lnbrb.com, tma@lnbrb.com
6
7  Counsel for Debtors and Debtors in Possession

FILED & ENTERED

MAY 14 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams   DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>AGUA DULCE VINEYARDS, LLC, a California limited liability company,<br><br>　　　　Debtor.<br>_____<br>In re<br><br>CATHERINE P. MACADAM and DONAL J. MACADAM,<br><br>　　　　Debtors.<br>_____<br>☒  Affects All Debtors<br><br>☐  Affects Agua Dulce Vineyards, LLC only<br><br>☐  Affects Catherine P. MacAdam and<br>　　Donal J. MacAdam only | Lead Case No. 1:09-bk-15207-MT<br>(Jointly Administered with Catherine P. MacAdam and Donal J. MacAdam – Case No. 1:09-bk-17476-MT)<br><br>Chapter 11 Cases<br><br>**ORDER (1) ESTABLISHING PROCEDURES FOR THE SALE OF ESTATE PROPERTY; AND (2) SETTING HEARING ON MOTION TO SELL ESTATE PROPERTY**<br><br>Hearing:<br>Date:　May 3, 2010<br>Time:　10:00 a.m.<br>Place:　Courtroom "301"<br>　　　　21041 Burbank Boulevard<br>　　　　Woodland Hills, California 91367 |

1

1    A hearing was held at the above-referenced date, time, and location to consider the motion of Agua Dulce Vineyards, LLC, a California limited liability company, and Catherine P. and Donal J. MacAdam, debtors and debtors in possession in the above-captioned, jointly administered Chapter 11 cases ("Debtors"), for an order establishing the procedures for the sale of substantially all of ADV's assets (the "Sale Procedures Motion"). Unless otherwise stated, all capitalized terms herein shall have the same meanings as in the Sale Procedures Motion. Appearances were made as set forth on the record of the Court.

Upon consideration of the Notice of the Sale Procedures Motion, the Sale Procedures Motion, the memorandum of points and authorities, declaration, and exhibits in support of the Sale Procedures Motion, the arguments and representations of counsel at the hearing on the Sale Procedures Motion, the entire record in this case, and that there were no objections to the Sale Procedures Motion, and for good cause shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

(1)    Notice of the Sale Procedures Motion was adequate and appropriate and complied with all applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules;

(1)    The Sale Procedures Motion is hereby granted in its entirety;

(2)    The sale procedures set forth in the Sale Procedures Motion are hereby approved;

(3)    The Debtors are hereby authorized to conduct the sale of the Assets as set forth in the Sale Procedures Motion, provided, however, that such sale of the Assets shall be subject to a further motion of the Debtors to approve, among other things, the sale of the Assets to the Bank or a successful overbidder, the assumption and assignment of certain executory contracts and unexpired leases to the Bank or a successful overbidder, and, to the extent necessary, the employment and payment of Kennedy Wilson Auction Group, Inc. and any cooperating broker in conjunction with the sale of the Assets (the "Sale Motion") and an order or orders of the Court thereon; and

1  (4)     The Court shall hold a hearing to consider the Sale Motion on June 14, 2010, at
2  11:00 a.m., at the above-referenced location.

**IT IS SO ORDERED.**

\###

DATED: May 14, 2010

_____
United States Bankruptcy Judge

| In re:<br>AGUA DULCE VINEYARDS, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>Lead Case No. 1:09-bk-15207-MT (Jointly Administered with  Catherine P. MacAdam and Donal J. MacAdam – Case No. 1:09-bk-17476-MT) |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

The foregoing document described as **ORDER (1) ESTABLISHING PROCEDURES FOR THE SALE OF ESTATE PROPERTY; AND (2) SETTING HEARING ON MOTION TO SELL ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 11, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| **Via Overnight Mail** | **Via U.S. Mail** |
|---|---|
| Hon. Maureen Tighe | Kennedy Wilson |
| United States Bankruptcy Court | 9701 Wilshire Blvd. Suite 700 |
| Central District of California | Beverly Hills, CA 90212 |
| 21041 Burbank Blvd., Ctrm 302 | |
| Woodland Hills, CA  91367 | |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 11, 2010 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009* **F 9013-3.1**

| In re:<br>AGUA DULCE VINEYARDS, LLC<br>Debtor(s). | CHAPTER 11<br><br>Lead Case No. 1:09-bk-15207-MT (Jointly Administered with Catherine P. MacAdam and Donal J. MacAdam – Case No. 1:09-bk-17476-MT) |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER (1) ESTABLISHING PROCEDURES FOR THE SALE OF ESTATE PROPERTY; AND (2) SETTING HEARING ON MOTION TO SELL ESTATE PROPERTY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 11, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

* Melody G Anderson    manderson@hemar.com
* Todd M Arnold    tma@lnbrb.com
* Martin J Brill    mjb@lnbrb.com
* Katherine Bunker    kate.bunker@usdoj.gov
* Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
* Kenneth N Russak    krussak@frandzel.com, banderson@frandzel.com;efiling@frandzel.com
* Ramesh Singh    claims@recoverycorp.com
* United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**