MARTIN J. BRILL (SBN 53220)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: mjb@lnbrb.com, tma@lnbrb.com

Counsel for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>AGUA DULCE VINEYARDS, LLC, a California limited liability company,<br><br>        Debtor.<br><br>In re<br><br>CATHERINE P. MACADAM and DONAL J. MACADAM,<br><br>        Debtors.<br><br>☒ Affects All Debtors<br><br>☐ Affects Agua Dulce Vineyards, LLC only<br><br>☐ Affects Catherine P. MacAdam and Donal J. MacAdam only | Lead Case No. 1:09-bk-15207-MT<br>(Jointly Administered with Catherine P. MacAdam and Donal J. MacAdam – Case No. 1:09-bk-17476-MT)<br><br>Chapter 11 Cases<br><br>**NOTICE OF (1) CONCLUSION OF SALE, AND (2) REMOVAL OF SUPPLEMENTAL SALE HEARING FROM THE CALENDAR**<br><br>Scheduled Hearing:<br>Date: July 2, 2010<br>Time: 3:00 p.m.<br>Place: Courtroom "301"<br>      21041 Burbank Boulevard<br>      Woodland Hills, California 91367 |

1

**PLEASE TAKE NOTICE THAT**, at a hearing held on June 14, 2010, at 10:00 a.m., the Court held a hearing to consider the motion (the "Sale Motion")[1] filed by ADV and the MacAdams, the Debtors and Debtors in Possession in the above-captioned, jointly administered Chapter 11 cases, for an order, among other things, (1) approving the sale of substantially all of ADV's assets to Bank, ADV's primary secured creditor, for a credit bid purchase price of $6.1 million (subject to certain credits and adjustments), subject to overbid, free and clear of all liens, claims, interests, and encumbrances, pursuant to 11 U.S.C. § 363(f), on the terms set forth in the Sale Motion and in the Sale Documents, (2) approving the assumption of the Contracts by ADV and the assignment thereof to Bank or an accepted bidder pursuant to 11 U.S.C. § 365, and (3) approving the Cure Amounts for the Contracts and deeming the failure of a counter-party to a particular Contract to object to the proposed Cure Amount and assumption and assignment to be a waiver of such objections.

**PLEASE TAKE FURTHER NOTICE THAT**, at the conclusion of the Bid Submission Date, no Qualified Bidder had submitted a bid equal to or in excess of the agreed Minimum Overbid Amount. As a result, the Sale has concluded. Accordingly, pursuant to the Sale Motion, the Sale Documents, and the order approving the Sale Motion, which has been lodged and is pending with the Court, (a) Bank shall continue to own, and not sell the Bank Property, (b) Bank and Debtors shall enter into the ADV APA, and consummate the transfer and sale of the ADV Assets to Bank (or Bank's nominee) pursuant to the terms and conditions of the ADV APA, and (c) ADV will be deemed to have assumed and assigned those Contracts to Bank that Bank has elected to accept, upon payment of the Cure Amounts by Bank.

---

[1] Unless otherwise stated, all capitalized terms herein have the same meanings as in the Sale Motion.

2

**PLEASE TAKE FURTHER NOTICE THAT**, <u>**as a result of the foregoing, the Supplemental Sale Hearing set for July 2, 2010, at 3:00 p.m., to consider the sale of the Assets to a Qualified Bidder is no longer necessary and is hereby taken off the Court's calendar.**</u>

Dated:  June 29, 2010

AGUA DULCE VINEYARDS, LLC,
a California limited liability company

CATHERINE P. MACADAM and
DONAL J. MACADAM

By: _*/s/ Todd M. Arnold*_
    MARTIN J. BRILL
    TODD M. ARNOLD
    LEVENE, NEALE, BENDER, RANKIN
      & BRILL L.L.P.
    Attorneys for Debtors and
    Debtors in Possession

| In re:<br>AGUA DULCE VINEYARDS, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>Lead Case No. 1:09-bk-15207-MT (Jointly Administered with Catherine P. MacAdam and Donal J. MacAdam – Case No. 1:09-bk-17476-MT) |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

The foregoing document described as **NOTICE OF (1) CONCLUSION OF SALE, AND (2) REMOVAL OF SUPPLEMENTAL SALE HEARING FROM THE CALENDAR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 29, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Melody G Anderson    manderson@hemar.com
- Todd M Arnold    tma@lnbrb.com
- Martin J Brill    mjb@lnbrb.com
- Katherine Bunker    kate.bunker@usdoj.gov
- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 29, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Via U.S. Mail**
Hon. Maureen Tighe
United States Bankruptcy Court
Central District of California
21041 Burbank Blvd., Ctrm 302
Woodland Hills, CA  91367

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

4

1 | ☐ Service information continued on attached page

2 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3 |

| June 29, 2010 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

AGUA DULCE VINEYARDS
RSN LIST
SERVICE BY U.S. MAIL
OR NEF *

| | | |
|---|---|---|
| Catherine P. MacAdam<br>Donal MacAdam<br>Agua Dulce Vineyards<br>9640 Sierra Highway<br>Agua Dulce, CA 91390 | Katherine Bunker<br>Ofc of the U.S. Trustee<br>21051 Warner Center Dr., Suite 115<br>Woodland Hills, CA 91367 | **Counsel for Western Comm. Bank**<br>Attn: Timothy Lambirth, Esq.<br>c/o Marcin Lambirth et al<br>16830 Ventura Blvd., #320<br>Encino, CA 91436 |
| **Counsel for Merchant eSolutions**<br>Lesley Anne Hawes *<br>McKenna Long & Aldridge LLP<br>444 South Flower Street, 8th Fl<br>Los Angeles, CA 90071 | **Counsel for Western Comm. Bank**<br>Kenneth N. Russak Esq *<br>Frandzel, Robins et al<br>6500 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048-4920 | Richard W. Noble, CEO<br>BCC Merchant Solutions<br>105 East 5th St., 5th Floor<br>Kansas City, MO 64106 |
| Counsel for Newmark Communications<br>Thomas M. Brown/Stewart J. Powell<br>Brown, White & Newhouse LLP<br>333 South Hope Street, 40th Floor<br>Los Angeles, CA 90071 | LA County Treasurer and<br>Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | Attorneys for Unsecured Creditor,<br>Encore Glass, Inc.<br>Thomas Von Thury, Esq.<br>JG, P.C., Business & Corporate Law<br>5890 Stoneridge Drive, Suite 102<br>Pleasanton, CA  94588 |

File No. 4416

AGUA DULCE VINEYARDS
Alleged Secured Creditors / Other
Parties to Contracts
SERVICE BY U.S. MAIL

I.R.S.
P.O. Box 21126
Philadelphia, PA 19114

Axis Capital, Inc.
Attn Director or Officer or Agent
308 N. Locust St., Ste 100
Grand Island, NE 68801

Axis Capital, Inc.
Attn Director or Officer or Agent
PO Box 2555
Grand Island, NE 68802

Axis Capital, Inc.
National Registered Agents
2875 MICHELLE DR STE 100
Irvine, CA 92606

Western Commercial Bank
Attn: Timothy Lambirth, Esq.
c/o Marcin Lambirth et al
16830 Ventura Blvd., #320
Encino, CA 91436

Western Commercial Bank
Attn Director or Officer or Agent
21550 Oxnard St.
Ste 100
Woodland Hills, CA 91367

Narcissa Estates, Inc.
Christopher Chase (Agent)
or Director or Officer
2716 Ocean Park Blvd.
Ste 2025
Santa Monica, CA 90405

**New address:**
Pentech Financial Svcs
Attn: Larry Blazek
240 East Hacienda Ave.,
Suite 100
Campbell, CA 95008

Prospero Equipment Corp.
Attn Director or Officer or Agent
123 Castleton St
Pleasanton, NY 10570

First Private Bank & Trust
Attn Director or Officer or Agent
16000 Ventura Blvd
Encino, CA 91436

**Counsel for Western Commercial Bank**
Kenneth N. Russak Esq
Frandzel, Robins et al
6500 Wilshire Blvd., 17th Floor
Los Angeles, CA 90048-4920

County of Los Angeles
Dept of Treasurer
Tax Collector
PO Box 54027
Los Angeles, CA 90054-0027

Leaf Funding
Attn Director or Officer or Agent
2005 Market Street
14th Floor
Philadelphia, PA 19103

Leaf Funding
Attn Director or Officer or Agent
1818 Market St.
9th Floor
Philadelphia, PA 19103

Leaf Funding
CSC - LAWYERS INCORPORATING SERVICE
2730 GATEWAY OAKS DR STE 100
Sacramento, CA 95833

Key Equipment Finance
c/o Hemar & Associates
2001 Wilshire Blvd., #300
Santa Monica, CA 90403

Pentech Financial Services, Inc.
Attn Director or Officer or Agent
910 E. Hamilton Ave., Ste 400
Campbell, CA 95008

Pentech Financial Services, Inc.
Attn Director or Officer or Agent
240 EAST HACIENDA AVENUE, SUITE 100
CAMPBELL CA 95008

**Counsel for Associated Winery Systems**
Bruce Hatkoff, Esq.
16633 Ventura Blvd., Suite 940
Encino, CA 91436-1854

Global Vintage Ltd.
Attn Director or Officer or Agent
2424 SE Bristol St., Ste 280
Newport Beach, CA 92660

Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812

County of Los Angeles
Treasurer and Tax Collector
PO Box 54110
Los Angeles, CA 90054

NEWMARK COMMUNICATIONS, INC.
DAVID H NEWMARK (Agent)
15821 VENTURA BLVD STE 570
ENCINO, CA 91436

NEWMARK COMMUNICATIONS, INC.
c/o Thomas M. Brown, Esq.
333 S. Hope St., 36th Floor
Los Angeles, CA 90071

NEWMARK COMMUNICATIONS, INC.
Attn Director or Officer or Agent
400 S Victory Blvd # 300
Burbank, CA 91502

Employment Development Department
Bankruptcy Group
PO Box 826880
Sacramento, CA 94280

Agua Dulce Vineyards, LLC
9640 Sierra Highway
Agua Dulce, CA 91390

Narcissa Estates, Inc.
2716 Ocean Park Blvd.
Santa Monica, CA 90405
Attn: R.A. Watt

Los Angeles County Tax Collector
255 North Hill St., Rm 122
Los Angeles, CA 90012